UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EUSTACIO ABAD JIMENEZ ROMANO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. CV 5:26-06250-RAO

JUDGMENT

Pursuant to the Order Granting in Part and Denying in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and denied in part and this action is closed.

DATED: November 4, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE